IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCILA MEDINA GONZALEZ,

    Plaintiff,

v.

NATIONAL CITY BANK,

    Defendant.

No. C 11-04243 JSW

**ORDER TO SHOW CAUSE AND VACATING HEARING**

This matter is set for a hearing on February 3, 2012 on Defendant's motion to dismiss Plaintiff's complaint. The Court has received no opposition from Plaintiff.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than **February 17, 2012**, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order shall result in dismissal of this matter without prejudice.

It is FURTHER ORDERED that the hearing on the motion to dismiss set for February 3, 2012 is VACATED. The Court shall reset the motion for hearing by separate order, if necessary.

**IT IS SO ORDERED.**

Dated: January 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILA MEDINA GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL CITY BANK et al,<br><br>  Defendant. | Case Number: CV11-04243 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lucila Medina Gonzalez
162 College Avenue
San Francisco, CA 94112

Dated: January 30, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk