IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUCILA MEDINA GONZALEZ,

    Plaintiff,

v.

NATIONAL CITY BANK,

    Defendant.
                                                   /

No. C 11-04243 JSW

**ORDER OF DISMISSAL**

On January 30, 2012, this Court issued an order to show cause which required Plaintiff to respond in writing by no later than February 17, 2012, as to why this case should not be dismissed for failure to prosecute. Plaintiff was admonished that failure to respond to the order to show cause would result in dismissal of this matter without prejudice.

Having failed to respond to the order to show cause or to otherwise prosecute this matter, the Court DISMISSES the action without prejudice.

**IT IS SO ORDERED.**

Dated: February 27, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LUCILA MEDINA GONZALEZ,

    Plaintiff,

  v.

NATIONAL CITY BANK et al,

    Defendant.

Case Number: CV11-04243 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lucila Medina Gonzalez
162 College Avenue
San Francisco, CA 94112

Dated: February 27, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2